UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| SZUYUNG CHUANG | ) | Case No. ___3:17-CV-511-DJH___ |
| | ) | _Electronically Filed_ |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSWORLD SYSTEMS, INC. | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Transworld Systems, Inc. (TSI), through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, *et seq*., hereby removes this action from Jefferson County Circuit Court, State of Kentucky to the United States District Court for the Western District of Kentucky.  In support of this Notice of Removal, TSI states as follows:

1.      On or about July 28, 2017, plaintiff, Szuyung Chuang (plaintiff), commenced a civil action in the Jefferson County Circuit Court, State of Kentucky, entitled and captioned *Szuyung Chuang v. Transworld Systems, Inc.*, Case No. 17-CI-003958 (hereinafter the "State Court Action").  No further proceedings before the State Court have occurred.

2.      In the Complaint, plaintiff alleges statutory causes of action against TSI under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*  A true and correct copy of plaintiff's Complaint is attached hereto as Exhibit "A."  Therefore, this

Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3.     On August 1, 2017, TSI was served with a copy of the Summons and Complaint.

4.     The time within which TSI is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired.  This Notice of Removal is timely, having been filed within 30 days of the date on which TSI was served with plaintiff's Complaint.  *See* 28 U.S.C. § 1446.

5.     The Jefferson County Circuit Court, State of Kentucky, is located within the United States District Court for the Western District of Kentucky.  Therefore, venue for purposes of removal is proper because the United States District Court for the Western District of Kentucky embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6.     Written notice of this Notice of Removal of this action is being immediately provided to the Jefferson County Circuit Court, State of Kentucky.  *See* Exhibit "B" attached hereto.

7.     Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff and has been filed in the state court action.

WHEREFORE, Defendant, Transworld Systems, Inc., gives notice that this action is removed from the Jefferson County Circuit Court, State of Kentucky, to the United States District Court for the Western District of Kentucky.

Dated:  August 21, 2017

Respectfully Submitted,

REMINGER CO., L.P.A.

*/s/ Benjamin A. Bellamy*
Benjamin A. Bellamy
730 W. Main St., Suite 300
Louisville, KY 40202
Telephone: (502) 625-7296
Email: bbellamy@reminger.com
*Attorneys for Defendant,*
*Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedure upon all parties in the electronic filing system in the case by electronic mail including:

I further certify that a true and accurate copy of the foregoing document and Notice of Electronic Filing, properly addressed and postage pre-paid, was deposited in the United States Mail to:

Nina Couch, Esq.
Taylor Couch, PLLC
2815 Taylorsville Road, Suite 101
Louisville, Kentucky 40205

*/s/ Benjamin A. Bellamy*
*Attorneys for Defendant,*
*Transworld Systems, Inc.*

3